**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dewayne Antonize ADAMS, Defendant–Appellant.**

No. 04–14412.
Non–Argument Calendar
D.C. Docket No. 97–00196–CR–BH–2.

United States Court of Appeals, Eleventh Circuit.

May 17, 2005.

Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Frederick W. Tiemann, Carlos Alfredo Williams, Southern District of Alabama Federal Defender Org., Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and GODBOLD Circuit Judges.

PER CURIAM.

Fred W. Tiemann, appointed appellate counsel for Dewayne Antonize Adams, has filed a motion to withdraw on appeal because, in his opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Adams's revocation of supervised release and subsequent sentence is **AFFIRMED**.